RCC

**FILED**

**DECEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7278**

In the Matter of

Case Number:

James Moore

v.

John Doe (1-2), individually

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James Moore

| |
|---|
| NAME (Type or print)<br> Kathleen C. Ropka |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Kathleen C. Ropka |
| FIRM<br> Gregory E. Kulis & Associates, Ltd. |
| STREET ADDRESS<br> 30 N LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP<br> Chicago/ Illinois/ 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6217112 | TELEPHONE  NUMBER<br> (312) 580-1830 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐