**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 7278

In the Matter of  Case Number:
James Moore

v

John Doe (1-2), individually

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James Moore

| |
|---|
| NAME (Type or print)<br>David S. Lipschultz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David S. Lipschultz |
| FIRM<br>Gregory E. Kulis & Associates, Ltd. |
| STREET ADDRESS<br>30 N LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP<br>Chicago/ Illinois/ 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277910 | TELEPHONE NUMBER<br>(312) 580-1830 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐