January 2, 2008

Via electronic filing

Clerk of the Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

                Re:    Duplicate payment

Dear Clerk of the Court:

    Please note that on December 28, 2007, our firm made two payments for $350.00 through pay.gov for the filing of a new case (Case No. 07-C-7278). The first payment is reflected in receipt no. 2429346. The second payment is reflected in receipt no. 2429383. We would appreciate it if you would refund the duplicate payment for filing fee in receipt no. 2429346.

    Thank you for your attention to this matter.

                                      Respectfully yours,

                                      /s/ Gregory E. Kulis

GEK/vps

S:\Federal Cases\Moore, James\Correspondence\GEK.refund.ltr.1-2-08.doc