UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES MOORE,           ) | |
|                                        ) | Case No. 07 C 7278 |
|             Plaintiff,           ) | |
|                                        ) | Judge Andersen |
|     v.                              ) | |
|                                        ) | Magistrate Judge Mason |
| P.O. JOHN DOE 1-2, individually  ) | |
|                                        ) | Jury Demand |
|             Defendants.     ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS**
**FIRST AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, JAMES MOORE, by and through his attorneys, Gregory E. Kulis and Associates, Ltd., and asks this Honorable Court for leave to file Plaintiff's First Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a). In support of his request, Plaintiff states as follows:

1.  On December 28, 2007, Plaintiff filed his Complaint at Law against two unidentified Defendant officers with the Chicago Police Department named as John Doe 1-2.

2.  Plaintiff's counsel recently received communications from counsel for the Chicago Police Department indicating that the Defendants *may* be Chicago police officers K. D. Stephans, Star #4337 and G. D. Escobar, Star #15824.

3.  Plaintiff seeks leave of court to file Plaintiff's First Amended Complaint naming Officers Stephans and Escobar as Defendants in place of John Doe 1-2.

4.  Plaintiff's proposed First Amended Complaint, a copy of which is attached as Exhibit A, identifies the Defendants, previously John Doe 1-2, as officers K. D. Stephans, Star #4337 and G. D. Escobar, Star #15824.

Wherefore, Plaintiff James Moore, respectfully requests this Honorable Court to enter an order granting him leave to file Plaintiff's First Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a), and for such other relief the Court deems appropriate.

>                          Respectfully submitted,
>
>                          JAMES MOORE
>
>                          /s/ Gregory E. Kulis
>                          Gregory E. Kulis
>                          GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830