UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES MOORE,** ) | |
| ) | **Case No. 07 C 7278** |
| **Plaintiff,** ) | |
| ) | **Judge Andersen** |
| **v.** ) | |
| ) | **Magistrate Judge Mason** |
| **P.O. JOHN DOE 1-2, individually** ) | |
| ) | **Jury Demand** |
| **Defendants.** ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Andersen on the 7th day of February, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, and then and there present **PLAINTIFFS' MOTION TO FILE HIS FIRST AMENDED COMPLAINT,** a copy of which is attached hereto.

/s/ Gregory E. Kulis
GREGORY E. KULIS & ASSOCIATES

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 30th day of January, 2008 I, **GREGORY E. KULIS**, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record..

/s/ Gregory E. Kulis

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**

S:\Federal Cases\Moore, James\Pleadings\NOM.doc