UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES MOORE,** | ) | Case No. 07 C 7278 |
| | ) | |
| Plaintiff, | ) | Judge Andersen |
| | ) | |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| **P.O. K. D. Stephans, Star #4337** | ) | Jury Demand |
| and | ) | |
| **P.O. G. D. ESCOBAR, Star #15824** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

To:   David Seery
      Chief Assistant Corporation Counsel
      City of Chicago
      30 N. LaSalle, Suite 1020
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on this 11th day of February 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINITFF'S FIRST AMENDED COMPLAINT.**

                              /s/ David S. Lipschultz
                              GREGORY E. KULIS & ASSOCIATES, LTD.


### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of February 2008, I, DAVID S. LIPSCHULTZ, an attorney, served the attached document(s) upon the aforementioned address(es) via hand delivery and by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

                              /s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**

S:\Federal Cases\Moore, James\Pleadings\NOF.doc