UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES MOORE, | ) | Case No. 07 C 7278 |
| | ) | |
| Plaintiff, | ) | Judge Andersen |
| | ) | |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| P.O. K. D. STEPHANS, Star #4337 | ) | Jury Demand |
| and | ) | |
| P.O. G. D. ESCOBAR, Star #15824 | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff, JAMES MOORE, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, and complaining against the Defendants, P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, individually, as follows.

**COUNT I-FALSE ARREST**

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3) The Plaintiff, JAMES MOORE, at all relevant times was a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, were at all relevant times duly appointed police officers of the City of Chicago and at all relevant times were acting within their scope of employment and under color of law.

5) On or about January 7, 2007, the Plaintiff was walking in the vicinity of 31st and Rose in the City of Chicago.

6) The Plaintiff was not committing a crime or breaking any laws.

7) The Defendants pulled up to the Plaintiff.

8) The Defendants grabbed him then threw him to the ground and intentionally injured his arm.

9) The Defendants arrested the Plaintiff and charged with possession of narcotics.

10) The Plaintiff did not commit any crime and did not have any drugs.

11) The Defendants did not have probable cause to stop and search the Plaintiff.

12) The Defendants did not have probable cause to arrest the Plaintiff.

13) The Defendants did not have probable cause to charge the Plaintiff.

14) Said action of Defendants P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, were intentional, willful, and wanton.

15) Said actions of the Defendants P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

16) As a direct and proximate consequence of said conduct of Defendants, P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, the Plaintiff, JAMES MOORE, suffered violations of his constitutional rights, monetary expense, monetary loss, fear, emotional distress, pain and suffering.

## COUNT II- EXCESSIVE FORCE

1-8) The Plaintiff hereby realleges and incorporates their allegations of paragraphs 1-8 as his respective allegations of paragraphs 1-8 of Count II as though fully set forth herein.

9) Said use of force was unprovoked.

10) Said use of force was excessive and unreasonable.

11) As a result of the force used by the Defendants, the Plaintiff JAMES MOORE was injured.

12) Said actions of Defendants, P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, were intentional, willful and wanton.

13) Said actions of the Defendants, P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

14) As a direct and proximate consequence of said conduct of Defendants, P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, the Plaintiff, JAMES MOORE, suffered violations of his constitutional rights, monetary expense, monetary loss, fear, emotional distress, pain and suffering.

WHEREFORE, the Plaintiff, JAMES MOORE, prays for judgment against the Defendants, P.O. K.D. STEPHANS, STAR #4337 and P.O. G.D. ESCOBAR, STAR #15824, jointly and severally, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLL ARS punitive damages, plus attorney's fees and costs.

### JURY DEMAND

The Plaintiff, JAMES MOORE, requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830