# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
JAMES MOORE  
v.  
K.D. STEPHANS, et al

Case Number: 07 C 7278

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

K.D. STEPHANS  
G.D. ESCOBAR

| | |
|---|---|
| NAME (Type or print) <br> SANJAY H. PATEL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ SANJAY PATEL | |
| FIRM <br> CITY OF CHICAGO, LAW DEPARTMENT | |
| STREET ADDRESS <br> 30 N. LASALLE SUITE 1400 | |
| CITY/STATE/ZIP <br> CHICAGO/IL/60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272840 | TELEPHONE NUMBER <br> 312-742-3902 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |