IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 07 C 4763 |
| | ) | |
| P.O. K. D. STEPHANS, Star # 4337 | ) | Judge Andersen |
| And | ) | Magistrate Judge Mason |
| P.O. G. D. ESCOBAR, Star # 15824 | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS STEPHANS AND ESCOBAR'S AGREED MOTION TO EXTEND TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

Defendants Chicago Police Officers K. D. STEPHANS and G. D. ESCOBAR, by their attorney, Sanjay H. Patel, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court for an extension of time, up to and including 5-9-08, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

(1) The undersigned counsel filed his Appearance for Defendant Police Officers on 4-2-08.

(2) Plaintiff's amended complaint was filed on 2-11-08. Summons and Complaint have been personally served upon Defendants.

(3) The undersigned has not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

(4) The undersigned also has ordered, but not yet received, all of the Chicago Police Department records to enable Defendants to properly respond to plaintiff's Complaint.

(5) This motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it

prejudice the plaintiff.

(6) The undersigned has spoken with plaintiff's counsel, Mr. David Lipschultz, on 4-2-08, and he agrees with its terms.

**WHEREFORE**, Defendants requests that this Court to grant their motion for an extension of time to and including 5-9-08, to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/ **Sanjay Patel**
SANJAY H. PATEL
Assistant Corporation Counsel
Attorney for Defendant Officers
30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO.  06272840