IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAMES MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | NO. 07 C 4763 |
| ) | |
| **P.O. K. D. STEPHANS, Star # 4337** ) | Judge Andersen |
| **And** ) | Magistrate Judge Mason |
| **P.O. G. D. ESCOBAR, Star # 15824** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   David Lipschultz
      30 N. LaSalle, #2140
      Chicago, IL 60602

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

    PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Andersen, or before such other Judge sitting in his place or stead, on **4-10-08 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1403** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

    **I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE and DEFENDANT'S AGREED MOTION** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 2 APR 08, in accordance with the rules on electronic filing of documents.

Respectfully submitted,
/s/ SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS 60602
(312) 742-3902
ATTORNEY NO. 06272840