UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES MOORE,** | ) | |
| | ) | Case No. 07 C 7278 |
| Plaintiff, | ) | |
| | ) | Judge Andersen |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| **P.O. K. D. STEPHANS, Star #4337 and** | ) | |
| **P.O. G. D. ESCOBAR, Star #15824** | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   David Lipshultz
      30 N. LaSalle St., suite 2140
      Chicago, IL 60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**
   **I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING AND ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 17 APR 08, in accordance with the rules on electronic filing of documents.

                                                               Respectfully submitted,

                                                               /s/  SanjayPatel
                                                               SANJAY H. PATEL
                                                               Assistant Corporation Counsel
                                                               30 N. LA SALLE ST., SUITE 1400
                                                               CHICAGO, ILLINOIS  60602
                                                               (312) 742-3902
                                                               ATTORNEY NO. 06272840